# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## CIVIL COVER SHEET

This form is REQUIRED for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. IN RE: Bankruptcy Case No. __14-41678(cec)__ Adv. Pro. No. *(if applicable)*_____

### Bankruptcy Appeal

| APPELLANTS | APPELLEES |
|---|---|
| Eric H. Richmond | P.B. #7, LLC |

| ATTORNEYS (FIRM NAME, ADDRESS, TEL. NO.) | ATTORNEYS (IF KNOWN) |
|---|---|
| Eric Richmond, Pro Se<br>2107 Regent Place<br>Brooklyn NY 11226<br>(646) 256 – 9613 | Glenn P. Warmuth<br>Stim and Warmuth<br>2 Eighth Street<br>Farmingville, NY 11738 - Ph - 631-732-2000 |

BASIS OF JURISDICTION: Federal Question

CAUSE OF ACTION - 28:1334 Bankruptcy Appeal (*Write brief statement of cause.*)

-Bankruptcy Court erred in finding that "Nothing can be accomplished by vacating the Lift Stay Order at this point."

-Bankruptcy Court erred in not granting any time for Debtor to file papers in response to District Court Motion commanding a finding from the Bankruptcy Court.

-Bankruptcy Court erred in finding appeal not taken in good faith without actually conducting any analysis of the issue being appealed, let alone an objective one as per the case cited by the Bankruptcy Court, in re Coppedge.

-Bankruptcy Court erred in not addressing whether the question presented was a substantial question.

NATURE OF SUIT: 422 Bankruptcy Appeal (801) RELATED CASE(S) IN DISTRICT COURT, IF ANY _____

DISTRICT JUDGE_____   DOCKET NUMBER_____

*CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED:*
 *1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT*
 *2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION*
 *3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT COPYRIGHT OR TRADEMARK*

Date: __01/22/2016__ Signature of Attorney of Record: _[signature]_ *[or Appellant Pro Se]*

**FOR COURT USE ONLY**
APPLYING IFP_____    JUDGE_____ MAG. JUDGE_____

**CIVIL COVER SHEET, Bankruptcy Appeal** (cont'd)

Did the cause of action arise in Nassau or Suffolk County? NO

If YES, please indicate which county: _____

---

I am currently admitted in the Eastern District of New York and currently a member in good

standing of the bar of this court. YES                                                **NO - X**

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

YES     (If yes, please explain)                **NO - X**

---

Please provide your bar code and e-mail address below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number, or any other four-digit number registered by the attorney with the Clerk of Court. This information must be provided pursuant to local rule 11.1(b) of the local civil rules.

Attorney Bar Code: NONE

E-Mail Address: brooklynlyceum@gmail.com

USBC-84 [r.4/10/03]]